IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JARRETT CIVELLI, CHRISTOPHER ROSING, JEFFREY HAAGENSON,<br><br>Plaintiffs,<br>v.<br><br>LUMEN TECHNOLOGIES, INC., CENTURYLINK COMMUNICATIONS, LLC, QWEST BROADBAND SERVICES, INC. d/b/a CENTURY LINK, QWEST SERVICES CORPORATION, QWEST CORPORATION d/b/a CENTURYLINK QC,<br><br>Defendants. | Case No.: 3:23-cv-01739-AN<br><br>LIMITED JUDGMENT |

Pursuant to Federal Rule of Civil Procedure 54(b) and Plaintiffs' Notice of Dismissal as to Defendant Lumen Technologies, Inc., ECF [35],

It is adjudged that all claims against defendant Lumen Technologies, Inc. are DISMISSED without prejudice.  The case against all other defendants will continue.

IT IS SO ORDERED.

DATED this 26th day of April, 2024.

*Adrienne Nelson*
Adrienne Nelson
United States District Judge

1